# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DEBRA MCDANIEL**                                                                                                    **PLAINTIFF**

v.                                        Case No. 4:23-cv-00574-LPR

**JOHN BLACKBURN, IV,**
*CEO, Owner of Good Life Property*
**And ERIC BROTHERTON,**
*Management for Real Estate Sales*                                                           **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today and previous Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are hereby DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 31st day of January 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE